HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
LYNDA WOODHALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-CR-0335 AWI |
| Plaintiff/Appellee, | |
| vs. | **REQUEST TO WITHDRAW APPEAL OF MAGISTRATE JUDGE DECISION AND ORDER** |
| LYNDA WOODHALL, | |
| Defendant/Appellant. | Date:   No hearing requested<br>Judge: Hon. Anthony W. Ishii |

Defendant/Appellant, Lynda Woodhall, hereby moves to dismiss her appeal from the conviction in the Yosemite case bearing CVB Violation. No. 1866258.

The Office of the Federal Defender and undersigned counsel reviewed the transcript of proceedings before the magistrate judge and concluded that the case presents no issue that would result in a reversal of the petty offense conviction or an order for a new trial.  The Court imposed only a fine and court probation as a result of the conviction and there is no issue relating to the sentence.

/ / / / /

/ / / / /

Undersigned counsel communicated his conclusions to Ms. Woodhall by telephone on October 17, 2013, and she concurred in counsel's recommendation to dismiss the appeal. The defense also advised counsel for the government of his intention to request dismissal.

A proposed order follows for the Court's convenience.

                Respectfully Submitted,

                HEATHER E. WILLIAMS
                Federal Defender

Dated: October 22, 2013       /s/ T. Zindel
                TIMOTHY ZINDEL
                Assistant Federal Defender
                Attorney for LYNDA WOODHALL

**O R D E R**

Defendant's request to withdraw appeal of the Magistrate Judge decision is GRANTED.

IT IS SO ORDERED.

Dated:  October 23, 2013       _____
                SENIOR DISTRICT JUDGE